IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM D. BRITTINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-436-JJF |
| ) | |
| STATE OF DELAWARE, ) | |
| DOUG LODGE, AND THOM MAY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 25 day of July, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge